Alexander Burke Sons et al., defendants in error, v. Connelly Iron Sponge & Governor Company et al., plaintiffs in error. Gen. No. 27,020.

Bill for mechanic's lien upon a leasehold interest. Reference to master in chancery. Report in favor of plaintiff and also of two intervening petitioners. Master's report confirmed. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923. Rehearing denied April 24, 1923.

W. J. Lewis and John M. Duffy, for plaintiffs in error. Edmund W. Froehlich and Julius B. Rubenstein, for defendants in error.

Mr. Justice Taylor delivered the opinion of the court.

Alfred Anderson and Emil Anderson, plaintiffs in error, v. J. M. Carson, defendant in error. Gen. No. 27,482.

Judgment by confession on written lease. Judgment vacated. Judgment in further proceedings entered for plaintiffs. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Thomson, P. J., dissenting. Opinion filed April 11, 1923.

T. P. Grant, for plaintiffs in error. Binkley & Mooney, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

American College of Physical Education, appellant, v. International Health Resort, appellee. Gen. No. 27,553.

Judgment by confession on note. Judgment opened on affidavit. Further proceedings and judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed April 11, 1923.

Henry R. Baldwin, for appellant. Darrow, Sissman, Holly & Carlin, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

W. O. Wright and L. R. Newfield, trading as Wright & Newfield, appellees, v. C. O. Morgan, appellant. Gen. No. 27,566.

Action for real estate commissions. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and judgment entered here. Opinion filed April 11, 1923. Rehearing denied April 24, 1923.

Edward N. Sherburne, for appellant; John R. McCabe, of counsel. Reginald C. Darley, for appellees.

Mr. Justice Taylor delivered the opinion of the court.